

# NUMBER 13-20-00552-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

ARACELI CASTILLO,                                        **Appellant,**

**v.**

DEUTSCHE BANK NATIONAL
TRUST COMPANY,                                    **Appellee.**

### On appeal from the 165th District Court
### of Harris County, Texas.

# MEMORANDUM OPINION

### Before Justices Benavides, Hinojosa, and Silva
### Memorandum Opinion by Justice Silva

Appellant Araceli Castillo appealed a judgment rendered against her and in favor

of appellee, Deutsche Bank National Trust Company, in a matter involving the

enforcement of a foreign judgment.[1] *See* TEX. CIV. PRAC. & REM. CODE ANN. §§ 35.001–.008 (codifying the Uniform Enforcement of Foreign Judgments Act). The parties to this appeal have now filed an agreed motion to dismiss the appeal on grounds that they have settled and compromised their differences in this matter.

The parties' agreed motion to dismiss requests relief that is allowed by the appellate rules. *See* TEX. R. APP. P. 42.1(a)(1) (allowing the court to "dismiss the appeal or affirm the appealed judgment or order unless such disposition would prevent a party from seeking relief to which it would otherwise be entitled"). Accordingly, we grant the agreed motion to dismiss, and we dismiss the appeal. Costs will be taxed against the appellant. *See id*. R. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at the parties' request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

CLARISSA SILVA
Justice

Delivered and filed on the
1st day of April, 2021.

---

[1] The appeal was transferred to this Court from the First Court of Appeals in Houston pursuant to a docket equalization order issued by the Texas Supreme Court. *See* TEX. GOV'T CODE ANN. §§ 73.001, 22.220(a).